IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO IBARRA,

           Petitioner,               No. CIV S-08-2884 GEB CHS P

   vs.

D.K. SISTO,

           Respondent.         <u>ORDER</u>

_____/

          Petitioner has filed a request to proceed in forma pauperis on appeal.  Good cause appearing therefor, IT IS ORDERED that petitioner is granted in forma pauperis status on appeal.

DATED: October 15, 2009

*Charlene H. Sorrentino*

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1